PEOPLE v PENNYMON.   Appeal from Genesee, Elza H. Papp, J. Submitted Division 2 December 14, 1971, at Lansing.   (Docket No. 11398.)   Decided January 28, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *Robert F. Leonard*, Prosecuting Attorney, and *Donald A. Kuebler*, Chief Assistant Prosecuting Attorney, for the people.

*Richard F. Zielinski*, for defendant on appeal.

Before: QUINN, P. J., and J. H. GILLIS and VAN VALKENBURG, JJ.

MEMORANDUM OPINION.   Defendant-appellant was found guilty by a jury of assault with intent to do great bodily harm less than the crime of murder, was sentenced to 6–1/2 to 10 years imprisonment, and he appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.


PEOPLE v FARNELL.   Appeal from Monroe, William J. Weipert, J. Submitted Division 2 December 10, 1971, at Detroit.   (Docket No. 11521.)   Decided January 28, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, and *James J. Rostash*, Prosecuting Attorney, for the people.

*Jan K. Teague*, for defendant on appeal.

Before: LESINSKI, C. J., and LEVIN and O'HARA, JJ.

MEMORANDUM OPINION.   The defendant, represented by counsel, entered a plea of guilty, was sentenced and has appealed.

The trial judge complied with every constitutional, statutory and court rule requirement before accepting the plea.   There was no error.

Affirmed.